IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE LISA LANDIS,<br><br>             Plaintiff,<br><br>     vs.<br><br>WARDEN GLORIA HENRY, et al.,<br><br>             Defendants. | 1:05-CV-00512-REC-WMW-P<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE, OR IN THE ALTERNATIVE, TO FILE A MOTION TO DISMISS |

     Plaintiff, a state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2005, the court ordered plaintiff to submit a new application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of her prison trust account statement. On May 13, 2005, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis was not completed or signed by plaintiff, and plaintiff handwrote a note on the application indicating she wishes to dismiss her case until her release from custody.   If plaintiff wishes to dismiss her case, she should file a motion to voluntarily dismiss her case.  If plaintiff wishes to continue her case, she is hereby provided the opportunity to submit a completed application to proceed in forma pauperis and a certified copy of her trust account statement, **or** to pay the $250.00 filing fee.

     Accordingly, IT IS HEREBY ORDERED that:

     1.    Should plaintiff wish to dismiss her case, she shall file a motion to voluntarily dismiss her case, within thirty days of the date of service of this order;

     2.    Should plaintiff wish to continue her case, she shall submit a completed application to proceed in forma pauperis and a certified copy of her prison trust account statement for

the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action, within thirty days of the date of service of this order;

       3.       The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis; and

       4.       Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **June 2, 2005**            /s/  **William M. Wunderlich**
j14hj0                                            UNITED STATES MAGISTRATE JUDGE