IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUISE LISA LANDIS, | ) | 1:05-CV-00512-REC-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN GLORIA HENRY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2005, the court ordered plaintiff to pay the filing fee or submit a new application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of her prison trust account statement, or in the alternative, to file a motion to dismiss. On June 15, 2005, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff did not submit the certified copy of her prison trust account statement. Plaintiff is required to submit an original certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $250.00 filing fee for this action. See 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

    1.    Within thirty days from the date of service of this order, plaintiff shall submit an original certified copy of her prison trust account statement for the six month period immediately

preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action;

        2.       Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 11, 2005**                      **/s/  William M. Wunderlich**
j14hj0                                                                           UNITED STATES MAGISTRATE JUDGE