IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE LISA LANDIS,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN GLORIA HENRY, et al.,<br><br>    Defendants. | 1:05-CV-00512-REC-WMW-P<br><br>ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE, OR IN THE ALTERNATIVE, TO FILE A MOTION TO DISMISS |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2005, the court ordered plaintiff to submit a new application to proceed in forma pauperis or pay the $150.00 filing fee, or in the alternative, to file a motion to dismiss. On June 15, 2005, plaintiff submitted a new application to proceed in forma pauperis. However, plaintiff did not submit the required certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915. Plaintiff will be provided an additional opportunity to submit the required document or pay the $250.00 filing fee, or in the alternative, to file a motion to dismiss.

    Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit an original certified copy of her prison trust account

statement for the six month period immediately preceding the filing of the complaint or pay the $250.00 filing fee for this action, or in the alternative, to submit a motion to dismiss.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 8, 2005**              /s/  **William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE