# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE LANDIS, | CV F   05 0512   REC WMW P |
| Plaintiff, | ORDER ADOPTING  FINDINGS & RECOMMENDATIONS (#10), DISMISSING ACTION, AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS |
| v. | |
| GLORIA HENRY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 6, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to prosecuted.   Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 6, 2005, are adopted in full; and

2. This action is dismissed without prejudice for failure to prosecute.  The Clerk is directed to enter judgment for defendants.

```
    IT IS SO ORDERED.
```

**Dated:  November 16, 2005**          /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE