```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


LOUISE LISA LANDIS,              )    1:05-cv-0512 OWW WMW P
                                 )
            Plaintiff,           )    ORDER ON PLAINTIFF'S MOTION
                                 )    FOR RECONSIDERATION
     v.                          )
                                 )
WARDEN GLORIA HENRY, et al.,     )
                                 )
            Defendants.          )
                                 )
_____)
```

In her motion filed December 9, 2005, Plaintiff represents she is a patient at Patton State Hospital after having been found incompetent to stand trial in the Superior Court of California, County of Madera.

She was previously ordered on August 12, 2005, and August 18, 2005, to submit a certified copy of her trust account statement, or in the alternative, to pay the $250.00 filing fee for the case within thirty days of the service of those Orders. The thirty days to do so had expired without plaintiff's compliance.

The case was dismissed by Order of November 17, 2005, entering Judgment for Defendants and against Plaintiff.

Plaintiff claims that she was admitted to the hospital on

1

1 September 1, 2005, and that it was not until November 30, 2005,
2 that she was given a faxed copy of an Order from United States
3 Magistrate Judge William M. Wunderlich "dismissing" her civil
4 rights complaint which was followed by the November 17, 2005,
5 order of District Judge Robert E. Coyle dismissing her case.

6     Plaintiff claims that due to her change of address and her
7 mental illness, she was unaware that the Court had not been
8 provided with a new address and that she never received the
9 Orders of the Court because there was not an accurate address for
10 Plaintiff. Accepting plaintiff's; representations as true,
11 adequate reason for her prior failures has been shown to justify
12 relief.

13     Good cause appearing, the Order of Dismissal is VACATED and
14 Plaintiff is directed to comply with the Orders of August 12,
15 2005, and August 18, 2005, by filing a certified copy of her
16 trust account or paying the $250.00 filing fee within thirty days
17 following date of service of this Decision.

18     A FAILURE TO COMPLY WITH THIS ORDER SHALL RESULT IN
19 DISMISSAL OF THIS CASE.

20
21 IT IS SO ORDERED.

22 **Dated:   October 18, 2006**                     **/s/ Oliver W. Wanger**
     emm0d6                                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28